UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD TITONE,<br><br>          Petitioner,<br><br>    v.<br><br>K. MENDOZA-POWERS, Warden,<br><br>          Respondent. | No. SACV-05-315-PA (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

    IT IS ORDERED that a Judgment be issued denying the instant Petition and dismissing the action with prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on Petitioner and counsel for Respondent.

DATED: April 12, 2008

                                        PERCY ANDERSON<br>
                                     United States District Judge