FILED
CLERK, U.S. DISTRICT COURT
APR 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD TITONE, | No. SACV-05-315-PA (JWJ) |
| Petitioner, | |
| v. | JUDGMENT |
| K. MENDOZA-POWERS, Warden, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: April 12, 2008

_____
PERCY ANDERSON
United States District Judge